1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA ELENA GHALAB, | ) CASE NO. 2:14-cv-07380-SVW-SHx |
| Plaintiff, | ) |
| v. | ) |
| ELLEN WOO, Acting Director of Los Angeles District Office U.S. Citizenship and Immigration Services, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon the Stipulation for Entry of Protective Order (ECF No. 15). By the stipulation, the parties request entry of a Stipulated Protective Order that sets forth the process by which the parties agree to handle the production and disclosure of an A-file containing identifying information relating to third parties not participating in this lawsuit. For purposes of this action, the parties' stipulation serves a useful purpose. As such, the Court

1

finds good cause to issue a protective order. *See* FED. R. CIV. P. 26(c)(1). Upon consideration, therefore, it is hereby

ORDERED:

1. The Stipulation for Entry of Protective Order (Doc. 15) is GRANTED, and the proposed method by which the parties agree to handle the production and disclosure of the A-file is APPROVED and incorporated herein. This Court's jurisdiction to enforce the terms of the Stipulated Protective Order shall terminate upon a final determination of this action.

DONE AND ORDERED, this 14th day of January, 2015.

*/s/ Stephen J. Hillman*
_____
STEPHEN J. HILLMAN
United States Magistrate Judge